EX. PARTE

DAVID LEE CRIFF

VS.

The state of Texas.

Cause NO
1368122-A

§
§
§
§

IN The CourT Of

Criminal APPeals 62,841-01

OF

Austin Texas

DATE: 02-12-15
FILE IN WRIT FILE
BY: PG

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 26 2015

Abel Acosta, Clerk

## Motion oF Rebutal To States ORiginal answer.

Come Now DAvid Lee CRiFF APPellant, And Submit This Motion PursAunt To Rule 25.2 oF Rule oF APPeLLate Procedure iN SupPort To his Request To Set ASide The CoNViction iN Cause No: 1368122-A ANd FoR A Trail Therein:

(I) The state Claim iN its ConclusioN oF LAW No# 2 and 3 That APPLicant has ForFeited his Claim That iN Court IdentiFication. WAS ImPermissibly Suggestive because he could have RAised it ON direct APPeal;

ON direct APPeal APPLicant had A Court APPointment AttoRNey MR. Thomas J. Lewis state BAR No: 12308540, APPLicant whote MR. Lewis ON 1-15-14 Requesting That These and other Points Be RAised ON APPeLLANt BrieF ON, 1-21-14 APPLicant Court APPoint whote BACK STAting That The RecoRd WiLL INCLude ALL The Points You whote me About So I WiLL have documentation. APPellant Informed MR Lewis About The State changes To enhancement PARagraph over Trial Counsel obJection.

(2) The Claim That ZeLdA Stone Testified That Ems WAS Not ON The Scene when She ARRived (IV. RR. at 72) according To APPeLLant BrieF Stone got he Gun

And Went To The complex Finding her mother Attended by Police And Emergency Medics (Id. 65-69)

(At 7) The state Claim That Trial Counsel. inquired PRioR To Trial if The State had Any information concerning whether The complainANt ANNA Joseph might have dementia..* Yet Trial Counsel Failed TO ASK That ComPLaiNant Be evaluate BY A Medical. Professional. To see IF She Was Demented.

(At. 14) The state claim OFFiceR's TestiFied That Joseph Told him The Person That ASSulted her Lived iN APartment #200 (IV.R.R At 32)* Yet according To APPellANt BRieF PAge 8. NO SPeciFic APartment Number FoR the SuSPect. Was Given (Id 55-56)

(At 13) The State claim APPLicAnt claim chaLeenging The SUFFiciENcy OF the Evidence To SuPPort his Conviction has been RAised And ReJected. oN d.rect APPeal ANd Need Not be Addressed → It. iS TRue ThAt the issue was RAised ON Direct APPeal But HAd Trial Counsel Done And EFFective JoB And HAd ANNA Joseph Seen BY A Medical Doctor The outcome OF This would HAve Been Totally difference There WAS NO Evidence AgAinst.M° APPallent Pray That This Court WiLL examine Every DetAiL OF This CAse And. SEE The state Attemp To Conceal. The Truth. And grant APPellant RelieF iN The oRder OF A New Trial

# INmate DeclaRation

I DAVid Lee CRIFF #01890289, Being PReSently Incarcerated iN TDCJ. COTULLA unit. DeClare unDer PenALty OFper That AccoRDing To my motion, The FACTs Stated iN The Motion ARe True And correct

_David L. Criff_    1-22-15
SigNed ON. Petitioner. Pro. Se.

DAVid Lee CRiFF
PRinted Name

TDCJ# 01890289

TDCJ. un.T. COTULLA un.T
610- FM 624
COTULLA    Texas   78014

PLease Attorney Letter at Back

# THOMAS J. LEWIS
## ATTORNEY AT LAW
1602 WASHINGTON AVE.
HOUSTON, TEXAS 77007
TEL: (713) 868-0081
FAX: (713) 861-2951
TJLAW2@COMCAST.NET

Jan. 21, 2014

*Tj Law 2@ Comcast, Net*

David L. Criff
TDCJ # 01890289
Cotulla Unit W-12B
610 FM 624
Cotulla, Texas 78014

Re: **David L. Criff v. State of Texas.**
No. 1368122; 183rd District Court.

*14. Court of Appeal # 14-13-00960-CR*
*At Houston*

Dear Mr. Criff:

At this time I have just received a copy of the trial record in your case. I will now begin reviewing the record to identify the issues that we will argue in the brief. This process will probably take between 30 and 60 days until the brief is ready to be filed, so please be patient. I think it is important to take time to make sure that no issue is overlooked.

The record will include all the points that you wrote me about so I will have documentation for your issues. Thanks for keeping me posted about your address change.

Very truly yours,

Thomas J. Lewis

FILE.
VIA REGULAR MAIL.